United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFONSO MURRIE,

Plaintiff,

v.

COLUMBIA DEBT RECOVERY LLC,

Defendant.

Case No. 26-cv-06725-HSG

**ORDER TO SHOW CAUSE**

On September 3, 2026, the Court granted Defendant Columbia Debt Recovery LLC's motion to dismiss. Dkt. No. 15. The Court found that pro se Plaintiff Alfonso Murrie's conclusory allegations were insufficient to plausibly allege that (1) Defendant was willful or negligent in accessing Plaintiff's credit report, and (2) Plaintiff suffered damages as a result of Defendant's conduct. *See id.* at 4–5. The Court granted Plaintiff an opportunity to amend the complaint by October 5, 2026. *Id.* at 5. However, as of the date of this order, Plaintiff has not filed an amended complaint. The Court therefore **ORDERS** Plaintiff **TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute given Plaintiff's failure to amend the complaint by the October 5 deadline. Plaintiff shall file a response of three pages or less by November 13, 2026. Plaintiff is cautioned that if he fails to respond by the deadline this case may be dismissed for failure to prosecute and failure to comply with a court order.

**IT IS SO ORDERED.**

Dated: 10/21/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge